**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

**HEATH ALLEN UMPHENOUR,**

               **Petitioner,**

      **v.**                           **CASE NO. 26-3040-JWL**

**DONALD C. LANGFORD,**

               **Respondent.**

## MEMORANDUM AND ORDER

This matter is a pro se petition for federal habeas relief under 28 U.S.C. § 2254 filed by Petitioner and state prisoner Heath Allen Umphenour, who is currently incarcerated at Ellsworth Correctional Facility ("ECF") in Ellsworth, Kansas. When Petitioner submitted his petition for filing, he also submitted a motion for leave to proceed in forma pauperis, but he did not include the financial statement that is required by federal statute to support the motion. (Doc. 2.) Rule 3(a)(2) of the Rules Governing Section 2254 Cases in the United States District Courts provides that a habeas petitioner who files a motion for leave to proceed in forma pauperis must submit "a certificate from the warden or other appropriate officer of the place of confinement showing the amount of money or securities that the petitioner has in any account in the institution." Local Rule 9.1(g)(2) contains the same requirement. *See* D. Kan. R. 9.1(g)(2). Since Petitioner had not submitted the required financial certificate, the Court issued a notice of deficiency granting Petitioner to and including April 3, 2026 to do so. (Doc. 4.)

This matter comes before the Court on Petitioner's motion for extension of time to submit the financial certificate. (Doc. 6.) Petitioner advises the Court that he is unable to obtain the certificate at this time; he attaches to his motion documentation from ECF staff showing Centralized Inmate Banking is unable to provide documentation of transactions or balances at this

time. (Doc. 6 and 6-1.) In light of this information, the motion for extension of time (Doc. 6) will be granted and the Court will provisionally grant leave for Petitioner to proceed in forma pauperis. On or before June 26, 2026, Petitioner must file either the required financial certificate or a status report regarding the availability of the certificate. If Petitioner fails to do so or if the certificate reflects that he is ineligible to proceed in forma pauperis, the Court may revoke the provisional leave to proceed in forma pauperis and require Petitioner to pay the full $5.00 filing fee.

The Court also has received Petitioner's petition for writ of habeas corpus on the required, court-approved forms. (Doc. 5.) The Court will begin the review of the petition required by Rule 4 of the Rules Governing Section 2254 Cases in the United States District Court and will issue further orders as necessary.

**IT IS THEREFORE ORDERED** that the motion for extension of time (**Doc. 6**) is **granted**. On or before **June 26, 2026**, Petitioner must submit either (1) the financial certificate required to support his motion for leave to proceed in forma pauperis or (2) a status report on the availability of the certificate. The Court provisionally **grants** the motion for leave to proceed in forma pauperis (**Doc. 2**). It will begin reviewing the petition and will issue further orders as necessary.

**IT IS SO ORDERED.**

DATED:   This 26th day of March, 2026, at Kansas City, Kansas.

S/ John W. Lungstrum
JOHN W. LUNGSTRUM
United States District Judge